AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

JOSE LUIS PARTIDA-CARRILLO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR280-IEG

I, JOSE LUIS PARTIDA-CARRILLO, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/5/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jose Luis Partida-Carrillo
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER